IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EDDIE POWELL, JR.,**

    **Plaintiff,**

v.                                                       **Case No.  4:19cv326-MW/HTC**

**JULIE JONES, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 19.  Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED**

---

[1] This Court granted Plaintiff's motion for extension of time to file objections to the Magistrate Judge's report and recommendation. ECF No. 23. Plaintiff's objections were due on or before August 17, 2020. As of the date of this order, Plaintiff has filed no objection.

1

without prejudice under 28 U.S.C. § 1915(e)(2)." The Clerk shall also close the file.

**SO ORDERED on August 25, 2020.**

                                        **s/Mark E. Walker**
                                        **Chief United States District Judge**